UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ELSA LESBIA CORDOVA GONZALEZ,

Petitioner,

v.

WARDEN, IMPERIAL REGIONAL DETENTION FACILITY,

Respondent.

Case No.:  3:26-cv-02476-LEK-MMP

**ORDER GRANTING IN PART AND DENYING IN PART PETITION FOR WRIT OF HABEAS CORPUS**

Before this Court is Petitioner Elsa Lesbia Cordova Gonzalez's ("Petitioner") Petition for Writ of Habeas Corpus ("Petition"), filed on April 17, 2026. [Dkt. no. 1.] Respondent Warden, Imperial Regional Adult Detention Facility ("Respondent") filed a Response to Petition ("Response") on April 27, 2026. [Dkt. no. 4.]

Petitioner has been in the United States for more than ten years. See Petition at pg. 4. According to the Department of Homeland Security ("DHS") Notice to Appear that was issued to Petitioner on April 13, 2026, Petitioner is a native and citizen of Guatemala. See id., Exh. A at 1. Petitioner alleges that she has been detained by DHS's Immigration and Customs Enforcement ("ICE") division at the Imperial Regional Detention Facility in Calexico, California since April 11, 2026. See Petition at ¶¶ 4(a), (c), (d); see also id. at pg. 4. Petitioner alleges she is entitled to release and a bond hearing. See id. at pgs. 4-6.

Respondent concedes that "Petitioner appears to be a member of the Bond Eligible Class certified in Maldonado Bautista v. Santacruz." Response at 1; see also

Maldonado Bautista v. Santacruz, 813 F. Supp. 3d 1084, 1124 (C.D. Cal. 2025).[1] Respondent also acknowledges that, while Maldonado Bautista is stayed, "prior orders from this District direct[] bond hearings pursuant to 8 U.S.C. § 1226(a) in similar cases." [Response at 1.] "Respondent therefore does not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." [Id. at 2.] Therefore, this Court grants Petitioner's request for a bond hearing.

## CONCLUSION

For the foregoing reasons, the Petition for Writ of Habeas Corpus, filed April 17, 2026, is GRANTED IN PART AND DENIED IN PART. The Petition is GRANTED insofar as DHS is ORDERED to provide Petitioner with an individualized bond hearing under Title 8 United States Code Section 1226(a) within fourteen days of the filing of this Order. DHS SHALL NOT deny Petitioner's bond on the basis that Title 8 United States Code Section 1225(b)(2) requires mandatory detention. The Petition is DENIED as to Petitioner's request for immediate release from custody.

The parties are DIRECTED to file a joint status report informing this Court of the outcome of the bond hearing by **May 26, 2026**.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, May 5, 2026



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
Senior U.S. District Judge

---

[1] This Court notes that on March 6, 2026, the Ninth Circuit has administratively stayed the Maldonado Bautista decision "insofar as the district court's judgment extends beyond the Central District of California." Maldonado Bautista et al. v. U.S. Dep't of Homeland Security et al., No. 26-1044, Order, filed 3/6/26 (dkt. no. 5), at 1. Therefore, this Court resolves the instant Petition without reliance on Maldonado Bautista.

3:26-cv-02476-LEK-MMP